RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
SHREVEPORT, LOUISIANA
DATE 1/23/07

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

GEORGE ROLAND, JR.

versus                      CIVIL ACTION NO. 05-2062-P
                                      JUDGE TOM STAGG

VENETIA MICHAEL, ET AL.

## **O R D E R**

Before the court is a "Motion For Amendment Of Judgment" filed pro se by petitioner George Roland, Jr. ("Roland"). See Record Document 24.

**IT IS ORDERED** that, for the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 20) and the subsequent Judgment issued by this court (Record Document 23), Roland's motion (Record Document 24) be and is hereby **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, this 23rd day of January, 2007.

                                                    JUDGE TOM STAGG